FILED
APR 0 4 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 17-CR-30059-DRH |
| vs. ) | |
| ) | |
| SHAUN BREALAND, ) | |
| d/b/a Extreme Tax Refunds, LLC, ) | Title 26, United States Code, § 7206(2) |
| ) | |
| Defendant ) | |

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

**INTRODUCTION TO DEFENDANT'S SCHEME TO PREPARE AND SUBMIT FALSE FEDERAL TAX RETURNS**

1.  Beginning in the year 2014 and continuing through April of 2016, in St. Clair County, within the Southern District of Illinois,

**SHAUN BREALAND, d/b/a Extreme Tax Refunds, LLC,**

defendant herein, did knowingly and willfully prepare and submit false tax returns to obtain the payment of false and fraudulent federal income tax refunds for clients from the Internal Revenue Service (IRS), an agency of the United States.

2.  From at least 2014 through April of 2016, Shaun Brealand operated a tax preparation business in the Metro-East, Illinois, area, under the name Extreme Tax Refunds, LLC.

## 2015 FALSE FEDERAL TAX RETURN, S.B.

3.  On or about January 20, 2015, in St. Clair County, within the Southern District of Illinois,

**SHAUN BREALAND, d/b/a Extreme Tax Refunds, LLC,**

defendant herein, did willfully aid and assist in, procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Form 1040 for S.B. The return was false and fraudulent as to material matters, in that the return falsely represented the amount of wages, falsified W-2 employment, falsified the amount of withholdings, and falsified the amount of Earned Income Credit that the taxpayer was entitled to receive.

All in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL

Foreperson

_____
DONALD S. BOYCE
United States Attorney

_____
NORMAN R. SMITH
Assistant United States Attorney

Recommended bond: $5,000 unsecured