# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
    Plaintiff,

v.                                                       No. 3:17-cr-30059-DRH-1

SHAUN BREALAND d/b/a
EXTREME TAX REFUNDS, LLC,
    Defendant.

## ORDER

**HERNDON, District Judge:**

      This matter was referred to the United States Magistrate Judge Stephen C. Williams for the specific purpose of conducting a change of plea for defendant Shaun Brealand ("Brealand") pursuant to 28 U.S.C. § 636 and LOCAL RULE 72.1(b)(2) (Doc. 16). Pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 11, the change of plea hearing was held on August 17, 2017 (Doc. 17). During the change of plea, Brealand pled guilty to Count 1 of the Indictment following a thorough colloquy with Judge Williams. Thereafter, Judge Williams issued a Report and Recommendation ("the Report") recommending that the Court accept Brealand's plea of guilty (Doc. 21).

      In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an objection. Therefore, the Court **ADOPTS** the Report in its entirety. Thus, based on the record in the case, the recommendation of Magistrate Judge Williams, the

consent of Brealand to plead before the magistrate without subsequent objection, it is the finding of the Court in the case of *United States v. Shaun Brealand*, that Brealand was fully competent and capable of entering an informed plea, that Brealand was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** Brealand **GUILTY** on Count 1 of the indictment. The Court **REMINDS** the parties this matter is set for sentencing on December 8, 2017 at 10:00am.

**IT IS SO ORDERED**.

Signed this 12th day of September, 2017.

Judge Herndon
2017.09.12
06:10:32 -05'00'

UNITED STATES DISTRICT JUDGE